VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
10174 Austin Drive #1116
Spring Valley, CA 91979
Phone: (619) 540-2189

Attorney for Plaintiff Shonna Counter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHONNA COUNTER,

    Plaintiff,

  vs.

REDUNNDO, LLC; DOLLAR TREE
STORES, INC.; and DOES 1-10,

    Defendants.

Case No.: 2:25-cv-08862-PA-E

NOTICE OF SETTLEMENT

Plaintiff SHONNA COUNTER hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense and further the interests of judicial economy. Plaintiff therefore applies to this Honorable Court to vacate all currently set dates with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

Respectfully submitted,

DATED:  November 14, 2025                    VALENTI LAW APC


                                   By:  */s/ Matt Valenti*
                                        Matt Valenti, Esq.
                                        Attorney for Plaintiff
                                        Shonna Counter

NOTICE OF SETTLEMENT - 2